```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                                                                      :

BRADLEY ABEL, *et al.*,                         :

                                                                                                                                  :

                                                                           Plaintiffs,    :

                                                                                                  :            1:25-cv-8026-GHW

                           -against-                                     :

                                                                                                                        :            <u>ORDER</u>

3M COMPANY, *et al.*,                       :

                                                                             Defendants.  :

                                                                                                                        :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On October 27, 2025, a conditional transfer order was filed, transferring this case to the *In re Aqueous Film-Forming Foams Products Liability* multidistrict litigation. Accordingly, the initial pretrial conference before the Court scheduled for February 12, 2026 is adjourned *sine die*.

       SO ORDERED.

Dated: October 27, 2025
        New York, New York

                                                          _____
                                                                GREGORY H. WOODS
                                                            United States District Judge